UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                                    )
    Mario J. & Adriana Rodriguez    )    Case No.
                                          )    Chapter 13
                                          )    Judge:
                                          )

DEBTOR'S DECLARATION REGARDING
DOMESTIC SUPPORT OBLIGATIONS
(REQUIRED TO OBTAIN DISCHARGE)

I certify (check one):

☒    During the pendency of this bankruptcy case, I have not been required to pay a domestic support obligation by any order of a court or administrative agency or by any statute.

☐    During the pendency of this bankruptcy case, I have paid all domestic support obligations that have become due under any order of a court or administrative agency or under any statute.

DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I have read the foregoing statement and that it is true and correct to the best of my knowledge, information, and belief.

_____        7-1-08
Signature of Debtor                                     Dated

Mario J. Rodriguez                                      506 Sean Dr. Shorewood, IL 60404
Name of Debtor (Printed)                            Debtor's Address

Note: This form must be completed and filed with the court in order for the debtor to receive a discharge. In joint cases, the form must be completed and filed by each debtor.

02/20/07 rev.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: )
   Mario J. & Adriana Rodriguez )   Case No.
) Chapter 13
) Judge:
)

DEBTOR'S DECLARATION REGARDING
DOMESTIC SUPPORT OBLIGATIONS
(REQUIRED TO OBTAIN DISCHARGE)

I certify (check one):

☒ During the pendency of this bankruptcy case, I have not been required to pay a domestic support obligation by any order of a court or administrative agency or by any statute.

☐ During the pendency of this bankruptcy case, I have paid all domestic support obligations that have become due under any order of a court or administrative agency or under any statute.

DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I have read the foregoing statement and that it is true and correct to the best of my knowledge, information, and belief.

_____    7-1-08
Signature of Debtor    Dated

Adriana Rodriguez    506 Sean Dr. Shorewood, IL 60404
Name of Debtor (Printed)    Debtor's Address

Note: This form must be completed and filed with the court in order for the debtor to receive a discharge. In joint cases, the form must be completed and filed by each debtor.

02/20/07 rev.